UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony Izuogu,<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>Credit Agricole Corporate and Investment Bank, New York (CACIB),<br><br>　　　　　　　Defendant. | 24-CV-04329 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　By Order of Reference dated July 1, 2024, Judge Dale E. Ho referred this case to me for general pretrial purposes. (*See* ECF 5).

　　A telephonic conference is scheduled for **Thursday, October 31, 2024 at 10:00 am.** The parties should be prepared to discuss the status of the case and briefing schedule for Defendant's Motion to Dismiss [ECF 10]. The Plaintiff and Counsel for Defendant Credit Agricole Corporate and Investment Bank, New York are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: 815 945 639#.

DATED:  October 15, 2024　　　　　　　　　　　　SO ORDERED.
　　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge