UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony Izuogu, <br><br>           Plaintiff, <br><br>     -against- <br><br> Credit Agricole Corporate and Investment Bank, New York (CACIB), <br><br>           Defendants. | 24-CV-04329 (DEH) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Defendant will file by November 8, 2024 its anticipated motion to delay starting discovery until after a decision on its motion to dismiss. Plaintiff will respond to that motion by November 22, 2024 by filing a letter with the Court explaining why discovery should begin before the Court decides the motion to dismiss. Plaintiff's opposition to Defendant's motion to dismiss will be filed by December 15, 2024. Defendant's reply in further support of its motion to dismiss will be filed by January 15, 2025.

DATED:  October 31, 2024
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge