UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Anthony Izuogu,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>Credit Agricole Corporate and Investment Bank, New York (CACIB), a<br><br>　　　　　　Defendant. | 24CV4329 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of the pending, but not fully briefed Motion to Stay Discovery, the initial case management conference scheduled for Wednesday, November 13, 2024 (ECF 13), is adjourned sine die.

DATED: November 12, 2024
　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge