**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY IZUOGU,

                Plaintiff,

    -against-                               24 **CIVIL** 4329 (DEH)

                                       **JUDGMENT**

CREDIT AGRICOLE CORPORATE AND
INVESTMENT BANK, NEW YORK
(CACIB),

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 2, 2025, CACIB's motion to dismiss is GRANTED. This case is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      October 3, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                             BY:        _____
                                                   **Deputy Clerk**